| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| JORGE TAMAYO 5900 WILD AZALEA COVE SUGAR HILL, GA 30518 | | | | REGULAR MED125 (NC, SC, DEN125/GUARD (N | | | 3958.33 -99.00 -40.77 | | 27708.31 -693.00 -285.39 |
| Soc Sec #: XXX-XX-XXXX    Employee ID: 3460 Hire Date: 05/24/10 Status: FT Filing Status: Federal: Married, 10 State: GA, Married, 12 Div/Br/Dept: 5/5/500 | | | | 401K EE 401K ER    - M MEDFSA125 (NC, HOURS WORKED ADJ EARNINGS GROSS EARNINGS | | | -158.33 79.17 -166.67 3493.56 3958.33 | | -1345.81 554.19 -1166.69 24217.42 27708.31 |
| Pay Period: 04/01/11 to 04/15/11 Check Date: 04/15/11    Check #: Direct Deposit | | | | | | | | | |
| NET PAY ALLOCATIONS | | | DEDUCTIONS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| DESCRIPTION CHECKING1 - 7305 Net Pay | CURRENT ($) 3111.62 3111.62 | YTD ($) 21159.64 21159.64 | | REIMBURSE TOTAL | | | -133.66 -133.66 | | -501.55 -501.55 |
| | | | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| | | | | FEDERAL W/H OASDI MEDICARE STATE W/H GA TOTAL | | | 207.99 153.38 52.95 101.28 515.60 | | 1420.31 1073.65 370.66 694.71 3559.33 |

| | | CURRENT ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | 3111.62 | 21159.64 |

*Payrolls by Paychex, Inc.*
**0435-V599** .MATRA SYSTEMS INC ▪ 3355 BRECKINRIDGE BLVD ▪ SUITE 120 ▪ DULUTH, GA 30096-4989 ▪

## PERSONAL AND CHECK INFORMATION

JORGE TAMAYO
5900 WILD AZALEA COVE
SUGAR HILL, GA 30518

**Soc Sec #:** XXX-XX-XXXX  **Employee ID:** 3460
**Hire Date:** 05/24/10
**Status:** FT
**Filing Status:**
Federal: Married, 10
State: GA, Married, 12
**Div/Br/Dept:** 5/5/500

**Pay Period:** 03/16/11 to 03/31/11
**Check Date:** 03/31/11    **Check #:** Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 7305 | 2977.96 | 18048.02 |
| Net Pay | 2977.96 | 18048.02 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 3958.33 | | 23749.98 |
| MED125 (NC, SC, | | | -99.00 | | -594.00 |
| DEN125/GUARD (N | | | -40.77 | | -244.62 |
| 401K EE | | | -158.33 | | -1187.48 |
| 401K ER    - M | | | 79.17 | | 475.02 |
| MEDFSA125 (NC, | | | -166.67 | | -1000.02 |
| **HOURS WORKED** | | | | | |
| **ADJ EARNINGS** | | | 3493.56 | | 20723.86 |
| **GROSS EARNINGS** | | | 3958.33 | | 23749.98 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| REIMBURSE | | -367.89 |
| **TOTAL** | 0.00 | -367.89 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 207.99 | 1212.32 |
| OASDI | 153.38 | 920.27 |
| MEDICARE | 52.95 | 317.71 |
| STATE W/H GA | 101.28 | 593.43 |
| **TOTAL** | 515.60 | 3043.73 |

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 2977.96 | 18048.02 |

*Payrolls by Paychex, Inc.*

**0435-V599** .MATRA SYSTEMS INC ▪ 3355 BRECKINRIDGE BLVD ▪ SUITE 120 ▪ DULUTH, GA 30096-4989 ▪

| PERSONAL AND CHECK INFORMATION | EARNINGS | | | | | |
|---|---|---|---|---|---|---|
| JORGE TAMAYO<br>5900 WILD AZALEA COVE<br>SUGAR HILL, GA 30518 | DESCRIPTION | HRS/<br>UNITS | RATE | CURRENT ($) | YTD HRS/<br>UNITS | YTD ($) |
| | REGULAR | | | 3958.33 | | 19791.65 |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 3460 | MED125 (NC, SC, | | | -99.00 | | -495.00 |
| Hire Date: 05/24/10 | DEN125/GUARD (N | | | -40.77 | | -203.85 |
| Status: FT | 401K EE | | | -158.33 | | -1029.15 |
| Filing Status: | 401K ER   - M | | | 79.17 | | 395.85 |
| Federal: Married, 10 | MEDFSA125 (NC, | | | -166.67 | | -833.35 |
| State: GA, Married, 12 | | | | | | |
| Div/Br/Dept: 5/5/500 | **HOURS WORKED** | | | | | |
| | **ADJ EARNINGS** | | | 3493.56 | | 17230.30 |
| Pay Period: 03/01/11 to 03/15/11 | **GROSS EARNINGS** | | | 3958.33 | | 19791.65 |
| Check Date: 03/15/11   Check #: Direct Deposit | | | | | | |

| NET PAY ALLOCATIONS | | | DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT ($) | YTD ($) | | REIMBURSE | -167.89 | -367.89 |
| CHECKING1 - 7305 | 3145.85 | 15070.06 | | | | |
| Net Pay | 3145.85 | 15070.06 | | **TOTAL** | -167.89 | -367.89 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 207.99 | 1004.33 |
| | OASDI | 153.38 | 766.89 |
| | MEDICARE | 52.95 | 264.76 |
| | STATE W/H GA | 101.28 | 492.15 |
| | **TOTAL** | 515.60 | 2528.13 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 3145.85 | 15070.06 |

*Payrolls by Paychex, Inc.*

**0435-V599** .MATRA SYSTEMS INC ▪ 3355 BRECKINRIDGE BLVD ▪ SUITE 120 ▪ DULUTH, GA 30096-4989 ▪

**PERSONAL AND CHECK INFORMATION**
JORGE TAMAYO
5900 WILD AZALEA COVE
SUGAR HILL, GA 30518

Soc Sec #: XXX-XX-XXXX    Employee ID: 3460
Hire Date: 05/24/10
Status: FT
Filing Status:
Federal: Married, 10
State: GA, Married, 12
Div/Br/Dept: 5/5/500

Pay Period: 02/16/11 to 02/28/11
Check Date: 02/28/11    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 7305 | 2977.96 | 11924.21 |
| Net Pay | 2977.96 | 11924.21 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 3958.33 | | 15833.32 |
| MED125 (NC, SC, | | | -99.00 | | -396.00 |
| DEN125/GUARD (N | | | -40.77 | | -163.08 |
| 401K EE | | | -158.33 | | -870.82 |
| 401K ER   - M | | | 79.17 | | 316.68 |
| MEDFSA125 (NC, | | | -166.67 | | -666.68 |
| **HOURS WORKED** | | | | | |
| **ADJ EARNINGS** | | | 3493.56 | | 13736.74 |
| **GROSS EARNINGS** | | | 3958.33 | | 15833.32 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| REIMBURSE | | -200.00 |
| **TOTAL** | 0.00 | -200.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 207.99 | 796.34 |
| OASDI | 153.38 | 613.51 |
| MEDICARE | 52.95 | 211.81 |
| STATE W/H GA | 101.28 | 390.87 |
| **TOTAL** | 515.60 | 2012.53 |

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 2977.96 | 11924.21 |

Payrolls by Paychex, Inc.

0435-V599  .MATRA SYSTEMS INC ▪ 3355 BRECKINRIDGE BLVD ▪ SUITE 120 ▪ DULUTH, GA 30096-4989 ▪

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | | | | | |
|---|---|---|---|---|---|---|---|---|
| JORGE TAMAYO<br>5900 WILD AZALEA COVE<br>SUGAR HILL, GA 30518 | | | DESCRIPTION | HRS/<br>UNITS | RATE | CURRENT ($) | YTD HRS/<br>UNITS | YTD ($) |
| | | | REGULAR | | | 3958.33 | | 11874.99 |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 3460 | | | MED125 (NC, SC, | | | -83.00 | | -297.00 |
| Hire Date: 05/24/10 | | | DEN125/GUARD (N | | | -40.77 | | -122.31 |
| Status: FT | | | 401K EE | | | -158.33 | | -712.49 |
| Filing Status: | | | 401K ER   - M | | | 79.17 | | 237.51 |
| Federal: Married, 10 | | | MEDFSA125 (NC, | | | -166.67 | | -500.01 |
| State: GA, Married, 12 | | | | | | | | |
| Div/Br/Dept: 5/5/500 | | | **HOURS WORKED** | | | | | |
| | | | **ADJ EARNINGS** | | | 3509.56 | | 10243.18 |
| Pay Period: 02/01/11 to 02/15/11 | | | **GROSS EARNINGS** | | | 3958.33 | | 11874.99 |
| Check Date: 02/15/11   Check #: Direct Deposit | | | | | | | | |

| NET PAY ALLOCATIONS | | | DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT ($) | YTD ($) | | REIMBURSE | -100.00 | -200.00 |
| CHECKING1 - 7305 | 3089.70 | 8946.25 | | | | |
| Net Pay | 3089.70 | 8946.25 | | **TOTAL** | -100.00 | -200.00 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 210.39 | 588.35 |
| | OASDI | 154.05 | 460.13 |
| | MEDICARE | 53.18 | 158.86 |
| | STATE W/H GA | 102.24 | 289.59 |
| | **TOTAL** | 519.86 | 1496.93 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 3089.70 | 8946.25 |

*Payrolls by Paychex, Inc.*

**0435-V599** .MATRA SYSTEMS INC ▪ 3355 BRECKINRIDGE BLVD ▪ SUITE 120 ▪ DULUTH, GA 30096-4989 ▪

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :
                                                    :   Case No. _____
JORGE EDUARDO and MARIA GLADYS TAMAYO, :     Chapter 7
        Debtors,                                    :
                                                    :

STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60-day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

[X]  I am unemployed; or

[ ]  I am self-employed; or

[ ]  My employer did not provide pay stubs.

[ ]  Other
     _____
     _____

Dated: 04/28/11                              _____
                                                  MARIA GLADYS TAMAYO

Sworn to and subscribed

before me this 28th date of

April, 2011.

_____
Notary Public
My commission expires: 11/19/2013